Cesar Gavidia, Esq.
CA Bar No.: 243992
Attorneys Dell & Schaefer, Chtd.
2404 Hollywood Blvd.
Hollywood, Florida 33020
Telephone: (954) 620-8300
Facsimile: (800) 380-6151
cesar@diattorney.com

Attorney for Plaintiff,
LINDA SWEARINGEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SWEARINGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant | CASE NO.: 3:15-CV-00721-HSG<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties and for good cause shown,

   IT IS HEREBY ORDERED that this action, Case No. 3:15-CV-00721-HSG, is dismissed in its entirety as to all defendants, with prejudice.

   IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

   DONE AND ORDERED in Chambers this 15th day of April 2015, in San Francisco, California.

*Haywood S. Gilliam Jr.*

UNITED STATES DISTRICT COURT JUDGE

Cc: All counsel of record